DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

PATRICK McALLISTER,

Appellant,

v.

SHELI MARIE McALLISTER,

Appellee.

No. 2D2024-2754

————————————————

November 12, 2025

Appeal from the Circuit Court for Pinellas County; William H. Burgess, III, Judge.

Scott T. Orsini of The Orsini Law Group, LLC, St. Petersburg, for Appellant.

Stephen D. Gregg of Ossian, Zdravko & Gregg, LLC, Clearwater, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.